Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 fax
nick@ferrarovega.com / lauren@ferrarovega.com

*Attorneys for Plaintiff Nathan Perez*

[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATERCO OF THE CENTRAL STATES, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-00922-RSH-KSC<br><br>**CLASS ACTION**<br><br>**Joint Notice of Settlement**<br><br>Complaint Filed: March 14, 2025 |

1 VEDDER PRICE (CA), LLP
2 Michael A. Wahlander (SBN #260781)
mwahlander@vedderprice.com
3 1 Post Street, Suite 2400
4 San Francisco, CA 94104
Phone: 1(415)749-9500 / Fax 1(415)749-9502
5

6 Thomas H. Petrides (SBN #117121)
tpetrides@vedderprice.com
7 Lauren E. Wertheimer (SBN #327900)
lwertheimer@vedderprice.com
8 1925 Century Park East, Suite 1900
9 Los Angeles, CA 90067
Phone: 1(424)204-7700 / Fax 1(424)204-7702
10

11 *Attorneys for Defendants Waterco of the Central States, Inc. and Culligan International Company*
12

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Notice of Settlement

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Plaintiff Nathan Perez ("Plaintiff") and Defendants Waterco of the Central States, Inc.; Culligan International Company; and Culligan by Waterco DBA Culligan ("Defendants") (collectively, the "Parties") by and through their respective undersigned attorneys, submit the following Joint Notice of Settlement. On January 20, 2026, the Parties settled this matter following a mediation. The Parties are working on a long-form settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle and have filed concurrently a Joint Motion to Stay pending approval of settlement in California State Court.

Dated: January 30, 2026     ***Ferraro Vega Employment Lawyers, Inc.***

/s/ Lauren N. Vega
Nicholas J. Ferraro
Lauren N. Vega
*Attorneys for Plaintiff Nathan Perez*

Dated: January 30, 2026     ***Vedder Price (CA), LLP***

/s/Lauren E. Wertheimer
Michael A. Wahlander
Thomas H. Petrides
Lauren E. Wertheimer
*Attorneys for Defendants Waterco of the Central States, Inc. and Culligan International Company*

**ECF ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from signatory Lauren E. Wertheimer.

Ferraro Vega Employment Lawyers, Inc.

*/s/ Lauren N. Vega*
Lauren N. Vega
*Attorney for Plaintiff Nathan Perez*